## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>                        Plaintiff<br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br>Regina McCarthy, Administrator<br><br>and<br><br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 1, Curt Spalding, Regional Administrator,<br><br>                        Defendants. | Case No. 1:13-cv-12704-MLW |

### ORDER AMENDING SCHEDULING ORDER TO EXTEND DEADLINES FOR PLAINTIFF'S SERVICE OF COMPLAINT AND RESPONSIVE FILINGS

Wolf, D.J.                                                                                 Date: _April 25, 2014_

Upon consideration of Plaintiff, Conservation Law Foundation (Plaintiff or "CLF")'s Unopposed Motion to Amend Scheduling Order to Extend Time to Serve Complaint and Responsive Filings, it is hereby ORDERED that the Scheduling Order in this matter (Doc. 13) is amended as follows:

1. "April 21, 2014" in Paragraph 1, the deadline for service of process by Plaintiff upon Defendants, shall be replaced with "June 5, 2014."

2. "June 20, 2014" in Paragraph 2, the deadline for Defendants to file a Dispositive Motion, shall be replaced with "August 4, 2014."

3. "August 1, 2014" in Paragraph 3, the deadline for Plaintiff to file a memorandum in opposition to Defendants' Dispositive Motion, shall be replaced with "September 15, 2014."

4. "September 5, 2014" in Paragraph 4, the deadline for Defendants to file a reply memorandum in support of their Dispositive Motion, shall be replaced with "October 20, 2014."

5. The Scheduling Order shall remain in effect regarding all provisions not modified by this Order.

So ORDERED this 20th day of April 2014.

UNITED STATES DISTRICT COURT